# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 20, 2014</u>

*The Court of Appeals hereby passes the following order:*

**A14A0020. DEMETRIA KELLY v. WELLS FARGO BANK, N. A.**

The appeal in this case was docketed on August 20, 2013, making the appellant's briefs and enumerations of error due no later than September 9, 2013. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13.

On November 18, 2013, appellee moved to dismiss the appeal on the grounds that it was untimely. As of this date, appellant has not filed either her enumerations of error, her brief, or a response to appellee's motion to dismiss. Accordingly, appellee's motion is GRANTED and the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>02/20/2014</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*